1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:18-cr-00348-AB |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Salvador Charles, ) | |
| Defendant. ) | |

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the _Central_____ District of

18  _California_____ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A. (×)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (×)   information in the Pretrial Services Report and Recommendation

26             (×)   information in the violation petition and report(s)

27             (×)   the defendant's nonobjection to detention at this time

28             ( )   other: _____

1

and/ or

B. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(×)  information in the Pretrial Services Report and Recommendation

(×)  information in the violation petition and report(s)

(×)  the defendant's nonobjection to detention at this time

( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 07/02/2024

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE